IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JESSIE LEE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>DOCTOR SHIVERS, *et al.*,<br><br>Defendants. | *<br>*<br>*<br>*<br>* | Case No. 4:26-cv-888-CDL-CHW |

**J U D G M E N T**

Pursuant to this Court's Order dated 8/19/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of August, 2026.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk